**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



**THIS DOCUMENT IS CURRENTLY**

**IN CAMERA DOCUMENT**

**AND**

**IS RESTRICTED FROM**

**PUBLIC VIEWING**