ERIKA A. KELTON (SBN 133300)
ekelton@phillipsandcohen.com
EDWARD H. ARENS (SBN 259155)
earens@pcsf.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, California 94105
Tel: (415) 836-9000
Fax: (415) 836-9001

Attorneys for [Under Seal]

FILED
CLERK, U.S. DISTRICT COURT

12/10/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: RF  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| [UNDER SEAL], <br><br> Plaintiffs, <br><br> v. <br><br> [UNDER SEAL] <br><br> Defendants. | No. CV 15-09834 DSF (AFMx) <br><br> FIRST AMENDED COMPLAINT <br><br> **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(B)(2)** |

**DOCUMENT TO BE KEPT UNDER SEAL**

**DO NOT PLACE ON PACER**

---

FIRST AMENDED COMPLAINT

1 ERIKA A. KELTON (SBN 133300)
ekelton@phillipsandcohen.com
2 EDWARD H. ARENS (SBN 259155)
earens@pcsf.com
3 PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
4 San Francisco, California 94105
Tel: (415) 836-9000
5 Fax: (415) 836-9001

6 Attorneys for *Qui Tam* Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* JULIO BORDAS,<br><br>Plaintiffs,<br><br>v.<br><br>CENCAL HEALTH, COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST, INC., COTTAGE HEALTH SYSTEM, DIGNITY HEALTH, LOMPOC VALLEY MEDICAL CENTER, PACIFIC CENTRAL COAST HEALTH CENTERS, SANSUM SANTA BARBARA MEDICAL CLINIC, INC. and TENET HEALTHCARE CORPORATION,<br><br>Defendants. | No. CV 15-09834 DSF (AFMx)<br><br>FIRST AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA FALSE CLAIMS ACTS (31 U.S.C. § 3729 *et seq.* and Cal Gov't Code §§ 12650 *et seq.*)<br><br>JURY TRIAL DEMANDED<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(B)(2)** |

- ii -

FIRST AMENDED COMPLAINT