UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* JULIO BORDAS,<br><br>Plaintiffs,<br><br>v.<br><br>CENCAL HEALTH, COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST, INC., COTTAGE HEALTH SYSTEM, DIGNITY HEALTH, LOMPOC VALLEY MEDICAL CENTER, PACIFIC CENTRAL COAST HEALTH CENTERS, SANSUM SANTA BARBARA MEDICAL CLINIC, INC. and TENET HEALTHCARE CORPORATION,<br><br>Defendants. | No. CV 15-09834 DSF (AFMx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL OF DEFENDANT LOMPOC VALLEY MEDICAL CENTER<br><br>[FILED CONCURRENTLY: JOINT STIPULATION OF DISMISSAL OF DEFENDANT LOMPOC VALLEY MEDICAL CENTER; CONSENT OF THE UNITED STATES AND CALIFORNIA TO DISMISSAL] |

WHEREAS, the United States of America ("United States"), the State of California ("California"), and Relator have submitted a Joint Stipulation of Dismissal of defendant Lompoc Valley Medical Center ("LVMC") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and California Government Code § 12652(c)(1), in accordance with and subject to the Settlement Agreements

1

executed on August 28, 2023, and with the consent of the United States and California,

THEREFORE, IT IS ORDERED THAT:

1. Relator's claims against LVMC are dismissed with prejudice as to Relator.
2. The United States' claims against LVMC for relief and causes of action based on the Covered Conduct, as defined in the Settlement Agreement, are dismissed with prejudice as to the United States.
3. The United States' remaining claims against LVMC are dismissed without prejudice as to the United States.
4. California's claims against LVMC for relief and causes of action based on the Covered Conduct, as defined in the Settlement Agreement, are dismissed with prejudice as to California.
5. California's remaining claims against LVMC are dismissed without prejudice as to California.

IT IS SO ORDERED.

Dated: _____          _____
                                                    UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On September 29, 2023, I served the [PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL OF DEFENDANT LOMPOC VALLEY MEDICAL CENTER on each person or entity named below by e-mail.

Date of e-mailing: September 29, 2023

Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Edward H. Arens, Esq.
Phillips & Cohen LLP
earens@phillipsandcohen.com

Nicholas N. Paul, Esq.
California Department of Justice
nicholas.paul@doj.ca.gov

Diane M. Racicot, Esq.
Paul A. Tyrell, Esq.
Procopio, Cory, Hargreaves & Savitch LLP
diane.racicot@procopio.com
paul.tyrell@procopio.com

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2023 at Los Angeles, California.

/s/ Jack D. Ross
JACK D. ROSS